**Order entered September 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00649-CV

## IN THE INTEREST OF A.B., A MINOR CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC 17-00525-W**

## ORDER

The reporter's record in this case was filed on July 10, 2018. However, the reporter's record does not include any of the trial exhibits. The record reflects appellant Dorian Bryant is indigent and entitled to proceed without payment of costs.

Because this is a parental termination case, we remind both Judge Andrea Martin and Court Reporter Marty Grant that it is the responsibility of the Court Reporter to prepare, certify, and timely file the reporter's record and that Judge Martin must direct Marty Grant to immediately commence the supplementation of the reporter's record. Judge Martin must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

Accordingly, this Court **ORDERS** Court Reporter Marty Grant to file, on or before **SEPTEMBER 24, 2018**, a supplemental reporter's record containing State's Exhibits 1, 2, 3, 4, and any other exhibits admitted at trial. *See* TEX. R. APP. P. 34.6(d), 35.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Andrea Martin
Presiding Judge of the 304th Judicial District Court

Marty Grant
Official Court Reporter, 304th Judicial District Court

All parties

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE